No. 229. PATTERSON, SECRETARY OF WAR, ET AL. *v.* LAMB. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for peti-

696

tioners. *Samuel T. Ansell, Roger Robb* and *Mahlon C. Masterson* for respondent.